Christopher HEFFRAN, Appellant

v.

DEPARTMENT OF LABOR AND INDUSTRY, Appellee.

Supreme Court of Pennsylvania.

Oct. 18, 2005.

### ORDER

PER CURIAM.

AND NOW, this 18th day of October, 2005, the Order of the Commonwealth Court is hereby **AFFIRMED.**